**FILED**

May 30, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07CR00207-LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| WILLIAM SOKOL, JR., ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ___WILLIAM SOKOL, JR.___ , Case No.

2:07CR00207-LKK__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　　　__ Release on Personal Recognizance

　　　　　__ Bail Posted in the Sum of $_____

　　　　　　　　　__ Unsecured Appearance Bond

　　　　　　　　　__ Appearance Bond with 10% Deposit

　　　　　　　　　__ Appearance Bond with Surety

　　　　　　　　　__ Corporate Surety Bail Bond

　　　　　　　　　✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _May 30, 2007_ at _2:00 pm_ .

　　　　　　　　　　　By   /s/ Gregory G. Hollows

　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　United States Magistrate Judge