McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>WILLIAM SOKOL, JR.,<br><br>        Defendant. | CR. S-07-0207-LKK<br><br>**ORDER CONTINUING CASE AND EXCLUDING TIME** |

On June 19, 2007, this matter came on for a status conference. The United States appeared through Assistant United States Attorney Phillip A. Talbert. Defendant William Sokol, Jr., appeared through his counsel, David W. Dratman, who noted that a waiver of the defendant's personal appearance had been filed.

At the status conference, defense counsel requested without objection from the government that a new status conference be scheduled on July 31, 2007, to allow defense counsel to review discovery that had been provided and to continue to prepare. Defendant Sokol consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from June 19, 2007 to July 31, 2007. The continuance was granted.

1    Accordingly, the Court entered the following orders:

2    For good cause shown, IT IS HEREBY ORDERED THAT:

3    1.  A further status conference is scheduled for July 31, 2007, at 9:30 a.m.

5    3.  The time between June 19, 2007 and July 31, 2007, is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv).  The Court specifically finds that a continuance is necessary to give defense counsel time to review discovery and to continue to prepare.  The Court finds that the ends of justice served by setting a new status conference outweigh the best interest of the public and defendant in a speedy trial.

Dated: June 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT