DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WILLIAM SOKOL, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>WILLIAM SOKOL, JR.,<br><br>             Defendant. | **Cr. S-07-0207 LKK**<br><br>**STIPULATION AMENDING CONDITIONS OF RELEASE AND ORDER** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Phillip A. Talbert, Assistant U.S. Attorney; and, William Sokol, Jr., through his attorney, David W. Dratman, with the concurrence of Gina Lee Faubion United States Pretrial Services Officer, that the conditions of Mr. Sokol's release be amended to add the following condition:

    10. You shall participate in the New Beginnings Recovery Ministries Residential Substance Abuse Treatment program in Tracy, California and remain at the program at all times until released by the Pretrial Services Officer. You shall comply with all the rules and regulations of the residential program and pay for all services of the program.

//

---

STIPULATION AMENDING CONDITIONS OF RELEASE AND [PROPOSED] ORDER

1    The other nine conditions previously ordered shall remain in effect.

2    Dated: July 26, 2007          /s/ David W. Dratman
                                   DAVID W. DRATMAN
3                                  Attorney for Defendant
                                   WILLIAM SOKOL, JR.
4

5    Dated: July 26, 2007          McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY
6

7                                  By: /s/ Phillip A. Talbert*
                                   PHILLIP A. TALBERT
8                                  Assistant U.S. Attorney
                                   *Signed with permission
9

10                                 ORDER

11   The Court, having considered the stipulation of the parties, and good cause appearing

12   therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders that the

13   conditions of Mr. Sokol's release are amended to add the following condition:

14       10. You shall participate in the New Beginnings Recovery Ministries Residential

15       Substance Abuse Treatment program in Tracy, California and remain at the program

16       at all times until released by the Pretrial Services Officer. You shall comply with all

17       the rules and regulations of the residential program and pay for all services of the

18       program.

19   The other nine conditions of pretrial release previously ordered shall remain in effect.

20    It is so ordered.

21   Dated: July 27, 2007.

22                                 [signature]

23                                 EDMUND F. BRENNAN
                                   United States Magistrate Judge