DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WILLIAM SOKOL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM SOKOL, JR.,<br><br>Defendant. | CR-S-07-207 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Phillip A. Talbert, Assistant U.S. Attorney; and, William Sokol, Jr., through his attorney, David W. Dratman, that the status conference scheduled for July 31, 2007, shall be continued to September 11, 2007 at 9:30 a.m.

The parties have stipulated that the conditions of Mr. Sokol's release could be amended so that he can participate in the New Beginnings Recovery Ministries Residential Substance Abuse Treatment program in Tracy, California. Mr. Dratman requests the exclusion of additional time under the Speedy Trial Act to review the discovery provided, conduct investigation and confer with Mr. Sokol, Jr., who will be in Tracy, California.

//

//

//

//

1   The parties stipulate and agree that the time between July 31, 2007 through and including
2   September 11, 2007 shall be excluded from computation of time within which the trial of this case
3   must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel
4   to prepare).

5   Dated:  July 26, 2007                         /s/ David W. Dratman
                                                  DAVID W. DRATMAN
6                                                 Attorney for Defendant
                                                  WILLIAM SOKOL, JR.

8   Dated: July 26, 2007                         McGREGOR W. SCOTT
                                                  UNITED STATES ATTORNEY

10                                                By: /s/ Phillip A. Talbert*
                                                  PHILLIP A. TALBERT
11                                                Assistant U.S. Attorney
                                                  *Signed with permission

13                                              ORDER

14   The Court, having considered the stipulation of the parties, and good cause appearing
15   therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
16   the parties, the Court finds that the failure to grant a continuance in this case would deny defense
17   counsel reasonable time necessary for effective preparation, taking into account the exercise of due
18   diligence.  The Court specifically finds that the ends of justice served by the granting of such
19   continuance outweigh the interests of the public and that the time from July 31, 2007 to and including
20   September 11, 2007, shall be excluded from computation of time within which the trial of this case
21   must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel
22   to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

23        It is so ordered.

24   Dated: July 30, 2007

                                                  /s/ Lawrence K. Karlton
                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE