DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WILLIAM SOKOL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>WILLIAM SOKOL, JR.,<br><br>              Defendant. | CR-S-07-207 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

   IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Phillip A. Talbert, Assistant U.S. Attorney; and, William Sokol, Jr., through his attorney, David W. Dratman, that the status conference scheduled for September 11, 2007, shall be continued to October 16, 2007 at 9:30 a.m.

   The parties have stipulated that the conditions of Mr. Sokol's release were amended so that he can participate in the New Beginnings Recovery Ministries Residential Substance Abuse Treatment program in Tracy, California, from which Mr. Sokol is scheduled to be at until October 31, 2007. The defense requests the exclusion of additional time under the Speedy Trial Act to review the discovery provided, conduct investigation and confer with Mr. Sokol, Jr., who is in Tracy, California.

//

//

//

The parties stipulate and agree that the time between September 11, 2007 through and including October 16, 2007 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare).

Dated:  September 7, 2007          /s/ David W. Dratman
                                   DAVID W. DRATMAN
                                   Attorney for Defendant
                                   WILLIAM SOKOL, JR.


Dated:  September 7, 2007          McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY


                                   By: /s/ Phillip A.  Talbert*
                                   PHILLIP A.  TALBERT
                                   Assistant U.S. Attorney
                                   *Signed with permission

### ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from September 11, 2007 to and including October 16, 2007, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

   It is so ordered.

Dated: September 10, 2007

                                   /s/ Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE