DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WILLIAM SOKOL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM SOKOL, JR.,<br><br>Defendant. | CR-S-07-207 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Phillip A. Talbert, Assistant U.S. Attorney; and, William Sokol, Jr., through his attorney, David W. Dratman, that the status conference scheduled for October 16, 2007, shall be continued to December 11, 2007 at 9:30 a.m.

The parties have stipulated that the conditions of Mr. Sokol's release were amended so that he can participate in the New Beginnings Recovery Ministries Residential Substance Abuse Treatment program in Tracy, California, from which Mr. Sokol is scheduled to be at until October 31, 2007. The defense requests the exclusion of additional time under the Speedy Trial Act to review the discovery provided, conduct investigation and confer with Mr. Sokol, Jr.

//

//

//

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1   The parties stipulate and agree that the time between October 16, 2007 through and including
2   December 11, 2007 shall be excluded from computation of time within which the trial of this case
3   must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel
4   to prepare).

5   Dated: October 11, 2007  /s/ David W. Dratman
                              DAVID W. DRATMAN
6                             Attorney for Defendant
                              WILLIAM SOKOL, JR.

8   Dated: October 11, 2007  McGREGOR W. SCOTT
                              UNITED STATES ATTORNEY

10                            By: /s/ Phillip A. Talbert*
                              PHILLIP A. TALBERT
11                            Assistant U.S. Attorney
                              *Signed with permission

### ORDER

14   The Court, having considered the stipulation of the parties, and good cause appearing
15  therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
16  the parties, the Court finds that the failure to grant a continuance in this case would deny defense
17  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
18  diligence.  The Court specifically finds that the ends of justice served by the granting of such
19  continuance outweigh the interests of the public and that the time from October 16, 2007 to and
20  including December 11, 2007, shall be excluded from computation of time within which the trial of
21  this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense
22  counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

23   It is so ordered.

24  Dated: October 15, 2007

26                            LAWRENCE K. KARLTON
                              SENIOR JUDGE
27                            UNITED STATES DISTRICT COURT