1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  WILLIAM SOKOL, JR.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              CR-S-07-207 LKK

11            Plaintiff,                  **STIPULATION AND ORDER
                                          CONTINUING STATUS
12     vs.                                CONFERENCE AND
                                          EXCLUDING TIME UNDER THE
13 WILLIAM SOKOL, JR.,                    SPEEDY TRIAL ACT**

14            Defendant.

15

16     IT IS HEREBY STIPULATED between the United States of America, through its attorney of

17 record, Phillip A. Talbert, Assistant U.S. Attorney; and, William Sokol, Jr., through his attorney,

18 David W. Dratman, that the status conference scheduled for December 11, 2007, shall be continued

19 to January 8, 2008 at 9:30 a.m.

20     The defense requests the exclusion of additional time under the Speedy Trial Act to review the

21 discovery provided, determine which motions, if any, to file, conduct investigation and confer with

22 Mr. Sokol, Jr.

23     The parties stipulate and agree that the time between December 11, 2007 through and including

24 January 8, 2008 shall be excluded from computation of time within which the

25 //

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare).

Dated: December 7, 2007         /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                WILLIAM SOKOL, JR.

Dated: December 7, 2007         McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY


                                By: /s/ Phillip A. Talbert*
                                PHILLIP A. TALBERT
                                Assistant U.S. Attorney
                                *Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from December 11, 2007 to and including January 8, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: December 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT