DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile:   (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WILLIAM SOKOL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-207 LKK/EFB |
|---|---|
| Plaintiff, | **ORDER EXONERATING BAIL** |
| vs. | |
| WILLIAM SOKOL, | |
| Defendant. | |

On December 6, 2007, this Court having issued a Detention Order for Violation of Pretrial Release and orally exonerated bail posted on behalf of defendant, William Sokol;

IT IS THEREFORE ORDERED that all bail posted on behalf of the defendant, William Sokol, is exonerated; and, the Clerk's office is ordered to reconvey all bail posted forthwith.

DATED: January 29, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER EXONERATING BAIL