DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WILLIAM SOKOL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM SOKOL, JR.,<br><br>Defendant. | CR-S-07-207 LKK<br><br>**ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

On February 5, 2008, the parties appeared before the Court for a status conference. Assistant United States Attorney William Wong appeared on behalf of the United States of America and David W. Dratman appeared with his client, defendant William Sokol, Jr.

Based on the stipulation of the parties; and, good cause appearing therefrom, the Court sets a new status conference hearing on March 4, 2008 at 9:30 a.m. to enable the defense to seek additional discovery from the United States of America.

The Court orders that time from February 5, 2008, to, and including, March 4, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv)).

The Court finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation of his client's defense, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the

1  granting of such continuance outweigh the interests of the public and defendant in a speedy trial.

2  It is so ordered.

4  Dated: February 6, 2008

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```