1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  WILLIAM SOKOL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-07-207 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| WILLIAM SOKOL, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, William Wong, Assistant U.S. Attorney; and, William Sokol, Jr., through his attorney, David W. Dratman, that the status conference scheduled for March 4, 2008, shall be continued to March 25, 2008 at 9:30 a.m.

The defense requests the exclusion of additional time under the Speedy Trial Act to enable the defense to seek additional discovery from the United States of America, determine which motions, if any, to file, conduct investigation and confer with Mr. Sokol, Jr.

The parties stipulate and agree that the time between March 4, 2008 through and including March 25, 2008 shall be excluded from computation of time within which the

//
//
//
//

trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare).

Dated: February 28, 2008      /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
WILLIAM SOKOL, JR.

Dated: February 28, 2008      McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: /s/ William Wong*
WILLIAM WONG
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from March 4, 2008 to and including March 25, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: March 3, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT