DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
WILLIAM SOKOL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM SOKOL, JR.,<br><br>Defendant. | CR-S-07-207 LKK<br><br>**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, William Wong, Assistant U.S. Attorney; and, William Sokol, Jr., through his attorney, David W. Dratman, that the that the hearing scheduled for August 26, 2008, shall be continued to October 28, 2008 at 9:30 a.m; and, that the following briefing schedule on the filing of defense motions be adopted:

| | |
|---|---|
| Defense motions due: | September 16, 2008 |
| Government's Opposition due: | October 14, 2008 |
| Defendant's Reply due: | October 21, 2008 |
| Non-Evidentiary Hearing: | October 28, 2008 at 9:30 a.m. |

The parties had previously stipulated and the Court had ordered the exclusion of time through August 26, 2008.  The parties stipulate that the foregoing justifies an exclusion of time between August 26, 2008 and October 28, 2008,  within which the trial of this case must be commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4

(time for defense counsel to prepare).

Dated: August 20, 2008                   /s/ David W. Dratman
                                         DAVID W. DRATMAN
                                         Attorney for Defendant
                                         WILLIAM SOKOL, JR.

Dated: August 20, 2008                   McGREGOR W. SCOTT
                                         UNITED STATES ATTORNEY


                                         By: /s/ William Wong*
                                         WILLIAM WONG
                                           Assistant U.S. Attorney
                                         *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from August 26, 2008 to and including October 28, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

It is so ordered.

Dated: August 21, 2008.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT