```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM SOKOL, JR., <br><br> Defendant. | CR. NO. S-07-207-LKK <br><br> STIPULATION AND ORDER TO RESET MOTION SCHEDULE |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant William Sokol, Jr., through his counsel, David Dratman, Esq., stipulate and agree to the following revised motion schedule regarding the defendant's motions currently set for October 28, 2008 at 9:15 a.m.:

1. Government's opposition shall be filed no later than November 10, 2008;

2. Defendant's reply, if any, shall be filed no later than November 18, 2008; and

3. Non-evidentiary hearing set for November 25, 2008, at 9:15 a.m.

1  Counsel for the government needs additional time to research
2  and prepare its responses to the defendant's motions.  Accordingly,
3  the parties stipulate to the revised law and motion schedule.
4  Additionally, parties agree that time be excluded pursuant to
5  18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to
6  prepare and for continuity of counsel and 18 U.S.C. § 3161(h)(1)(F)
7  - Local Code E - pending motion.  The parties agree that time be
8  excluded under this provision for the reasons stated above from
9  October 28, 2008, to and including November 25, 2008.

```
                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: October 15, 2008      By: /s/ William S. Wong
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney

DATED: October 15, 2008      By: /s/ David Dratman
                                      DAVID DRATMAN
                                      Attorney for Defendant
```

**ORDER**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from October 28, 2008, to and including November 25, 2008.

DATED: October 22, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT