McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-07-207-LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| WILLIAM SOKOL, JR., | ) TO RESET MOTION SCHEDULE |
| Defendant. | ) |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant William Sokol, Jr., through his counsel, David Dratman, Esq., stipulate and agree to the following revised motion schedule regarding the defendant's motions currently set for November 25, 2008 at 9:15 a.m.:

   1.  Government's opposition shall be filed no later than December 23, 2008;

   2.  Defendant's reply, if any, shall be filed no later than December 30, 2008; and

   3.  Non-evidentiary hearing set for January 6, 2009, at 9:15 a.m.

1  Counsel are negotiating possible settlement of the case.  Both
2  parties believe that additional time may be helpful in determining
3  whether resolution is possible. The government also needs additional
4  time to research and respond to defendant's motions.  Accordingly,
5  the parties stipulate to the revised law and motion schedule.
6  Additionally, the parties agree that time be excluded pursuant
7  to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time
8  to prepare and for continuity of counsel and 18 U.S.C.
9  § 3161(h)(1)(F) - Local Code E - pending motion.  The parties agree
10 that time be excluded under this provision for the reasons stated
11 above from November 25, 2008, to and including January 6, 2009.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: November 7, 2008     By: /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney

DATED: November 7, 2008     By: /s/ David Dratman
                                    DAVID DRATMAN
                                    Attorney for Defendant

---

**ORDER**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from November 25, 2008, to and including January 6, 2009.

DATED: November 10, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT