1  LAWRENCE G. BROWN
   Acting United States Attorney
2  WILLIAM S. WONG
   TODD D. LERAS
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2970

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  CR. S-07-0207 LKK
12           Plaintiff,             )
                                    )  STIPULATION AND ORDER VACATING
13                                  )  MOTION AND SETTING STATUS
        v.                          )  CONFERENCE FOR POSSIBLE CHANGE
14                                  )  OF PLEA
   WILLIAM SOKOL, JR.,              )
15                                  )
             Defendant.             )
16 _____ )

17

18      This matter is set before the Court for a non-evidentiary

19 hearing on Defendant's motion to suppress evidence on January 6,

20 2009, at 9:15 a.m.  Counsel have agreed to a tentative settlement

21 of the case.  Both parties believe that additional time is needed

22 to discuss and finalize a plea agreement consistent with the

23 settlement discussions.  Accordingly, the parties request to

24 vacate the non-evidentiary hearing on defendant's motion to

25 suppress evidence, without prejudice, and to set a status

26 conference for possible change of plea on January 13, 2009, at

27 9:15 a.m.

28 / / /

                                    1

1    Additionally, the parties agree that time shall be excluded

2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 -

3  reasonable time to prepare.  The parties agree that it is

4  appropriate for time to be excluded under this provision, for the

5  reasons stated above, from January 6, 2009, to and including

6  January 13, 2009.  Defendant's counsel, David W. Dratman, has

7  authorized the U.S. Attorney's Office to enter his signature to

8  this stipulation and proposed order.

9                           Respectfully submitted,

10                      LAWRENCE G. BROWN
                        Acting United States Attorney

11

12  DATED: January 5, 2009      By: /s/ William S. Wong
                      WILLIAM S. WONG

13                      Assistant U.S. Attorney

14

15  DATED: January 5, 2009      By: /s/ David W. Dratman
                      DAVID W. DRATMAN

16                      Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

1    **IT IS HEREBY ORDERED:**

2         1.   The non-evidentiary hearing on Defendant's motion to

3    suppress evidence set for January 6, 2009 at 9:15 a.m. is vacated

4    without prejudice.

5         2.   A status conference for possible change of plea is set

6    for January 13, 2009 at 9:15 a.m.

7         3.   Based on the parties' representations, the Court finds

8    that the ends of justice outweigh the best interest of the public

9    and Defendant in a speedy trial.  Accordingly, time under the

10   Speedy Trial Act shall be excluded through January 13, 2009.

11        IT IS SO ORDERED

12

13   Date: January 5, 2009

14

15                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
16                              UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28