```
LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
TODD D. LERAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2970
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. S-07-0207 LKK |
| Plaintiff,   ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FOR POSSIBLE CHANGE OF PLEA |
| v.   ) | |
| WILLIAM SOKOL, JR.,   ) | |
| Defendant.   ) | |

This matter is set before the Court for a status conference on January 13, 2009, at 9:15 a.m.  Counsel have agreed to a tentative settlement of the case.  A draft Plea Agreement has been prepared but counsel are negotiating the final terms.  Due to illness earlier this week of Assistant U.S. Attorney William S. Wong, the parties were unable to finalize terms of the Plea Agreement.  Once the Plea Agreement is completed, defense counsel requires time to review its terms with his client.  Accordingly, the parties request to continue the status conference for possible change of plea to January 15, 2009, at 1:30 p.m.

/ / /

1        Additionally, the parties agree that time shall be excluded
2   pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 -
3   reasonable time to prepare.  The parties agree that it is
4   appropriate for time to be excluded under this provision, for the
5   reasons stated above, from January 13, 2009, to and including
6   January 15, 2009.  Defendant's counsel, David W. Dratman, has
7   authorized the U.S. Attorney's Office to enter his signature to
8   this stipulation and proposed order.

                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATED: January 9, 2009            By:   /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

DATED: January 9, 2009            By:   /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney

DATED: January 9, 2009            By:   /s/ Todd D. Leras for
                                        DAVID W. DRATMAN
                                        Attorney for Defendant

**IT IS HEREBY ORDERED**:

1. The status conference set for January 13, 2009 at 9:15 a.m. is continued to January 15, 2009 at 1:30 p.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through January 15, 2009.

IT IS SO ORDERED

Date: January 12, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT