PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>WILLIAM SOKOL, JR.  )<br>) | Docket No:   0972 2:07CR00207-001 |

On April 7, 2009, the above-named was placed on Supervised Release for a period of 48 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER
United States Probation Officer**

Dated:   October 30, 2013
         Roseville, California
         JAF:aph


           /s/ Michael A. Sipe

**REVIEWED BY:   MICHAEL A. SIPE
                Supervising United States Probation Officer**

1

PROB 35 (ED/CA)

**Re:    SOKOL, JR., William**
       **Docket No:    0972 2:07CR00207-001**
       <u>**Report and Order Terminating Supervised Release**</u>
       <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that William Sokol, Jr., be discharged from Supervised Release, and that the proceedings in the case be terminated.

October 31, 2013
**Date**

*(signature)*
**HONORABLE LAWRENCE K. KARLTON**
**Senior United States District Judge**

Attachment:    Recommendation

cc:    First AUSA – Phillip A. Talbert

2